IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Thrifty Payless, Inc.,<br>Individually and d/b/a Rite Aid<br>Store 6042,<br><br>        Defendant.<br>_____ | 2:10-cv-01583-GEB-KJN<br><br><br>ORDER |

All parties have filed their consent to proceed before the Magistrate Judge for all purposes. See 28 U.S.C. §636(c).

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed, and any matter scheduled before the undersigned District Court Judge is vacated. See Local Rule 305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated: November 1, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:10-cv-01583-KJN. Further, any matter currently scheduled before the District Judge is vacated. The scheduling conference previously set in this action for November 15, 2010 is hereby reset for November 18, 2010 at 10:00 a.m. in Courtroom 25 before the undersigned.*

IT IS SO ORDERED.

DATED: November 1, 2010.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

* The parties do not need to refile their joint status report. (Dkt. No. 9.)

2